1  PATRICIA LEWIS, SBN 212728
   LEWIS LAW FIRM
2  1202 Kettner Boulevard, Suite 6100
   San Diego, California  92101-3312
3  Telephone:  (619) 225-0747
   Facsimile:  (619) 255-2452
4
5  Attorney for Plaintiffs

FILED
2007 MAY 29  AM 11: 18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ XP _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS R., a minor, by her Guardian *ad Litem,* Patricia R.; and JIM R.,<br><br>Plaintiffs,<br><br>-v-<br><br>HIGH TECH MIDDLE MEDIA ARTS SCHOOL, a Local Educational Agency, and DOES 1 through 50,<br><br>Defendants. | CASE NUMBER 07 CV 0830 BTM (WMC)<br><br>*EX PARTE* APPLICATION FOR ORDER APPOINTING GUARDIAN *AD LITEM*; TO PROCEED AS A FICTITIOUSLY NAMED PLAINTIFFS; TO SEAL PLAINTIFFS' IDENTITY; DECLARATION OF LEWIS; [Proposed] ORDER |

Patricia R., mother of minor plaintiff, Alexis R.(Alexis), respectfully submits the following application for order appointing guardian *ad litem* of Alexis in this action, and for an order that Alexis and her parents may proceed as fictitious plaintiffs and guardian *ad litem*, and that their true identity be sealed:

**A. Application for Guardan *ad Litem***

1. Alexis R. is a minor, who resides in the City of San Diego, California, with her parents, Jim R. and Patricia R.

2. The appointment of the guardian *ad litem* is necessary due to Alexis R.'s age of minority, as she is 13 years of age and her date of birth is 08/26/93.

4. This suit is brought as an appeal of Special Education Administrative Hearing decision which has denied Alexis R. a free appropriate public education in the least restrictive environment under Individuals with Disabilities Education Act. 20 U.S.C. §1400, 1415, *et seq*.

---

*Ex Parte* App for Guardian ad Litem, to Proceed as Fictitious Plaintiffs, to Seal Plaintiff's Identity; [Proposed] Order

1

5. The proposed guardian *ad litem* is fully competent and qualified to understand and protect the rights of plaintiff, Alexis R., who she will represent, and has no interests adverse to the interests of Alexis R.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, on this 8th day of May, 2007.

_____
Patricia R., Applicant

I consent to the appointment as guardian *ad litem* under the above application.

Dated: May 8th, 2007

_____
Patricia R., proposed Guardian *ad Litem*

Approved as to Form and Content.

Dated: May 8th, 2007

_____
Patricia Lewis
Lewis Law Firm
Attorney for Alexis R., a minor

### B. Application to Proceed as a Fictitious Plaintiffs and Guardian

6. The true identity of plaintiff and her parents require the court's protection of their rights to privacy.

7. Although there is legitimate public interest to discover the facts of a lawsuit, including the names of the parties, the courts have inherent discretionary authority in the management of litigation to allow plaintiffs to proceed anonymously in order to protect privacy interests. It is permissible to allow a plaintiff to proceed under a fictitious name if plaintiff is a real and specifically aggrieved individual as shown by his attorney's representation to the court.

*Ex Parte* App for Guardian ad Litem, to Proceed as Fictitious Plaintiffs, to Seal Plaintiff's Identity; [Proposed] Order

2

8. Plaintiff Alexis R. is a real and specifically aggrieved party, who is a student living within defendant's school boundaries, and requires anonymity by her right to privacy and to protect the status *quo*.

### C. Application to Seal the True Identity of Plaintiff and Plaintiff's Guardian

9. To preserve plaintiff's and her parents' anonymity and to further plaintiffs' interests to pursue their claims identified herein, the court is empowered to order a seal be placed on any documents filed in this action which identify plaintiffs and/or her guardian *ad Litem*, including exhibits attached to petitions, pleadings, motions, and other documents which may be filed in the course of this litigation. Such a seal is required to further the interests of justice and allow the plaintiff to proceed with assurance that her status *quo* and anonymity will be preserved.

### D. Conclusion

10. Plaintiffs respectfully requests that the court allow her to proceed with this action as anonymous plaintiffs, referred to as "Alexis R., a minor, by Paticia R., her Guardian ad Litem; and Jim R., Plaintiffs " and further requests this court issue its order that documents in this action, identifying plaintiffs or her guardian *ad litem*, be placed under seal of this court, to be examined by the parties and counsel for the parties only, for the purpose of this litigation.

Dated: May 8th, 2007                    Lewis Law Firm

                                        Patricia Lewis,
                                        Attorney for Plaintiffs

### DECLARATION OF PATRICIA LEWIS

I, Patricia Lewis, declare and say as follows:

1. I am the attorney for plaintiffs in the above entitled matter, and make the following statements of my personal knowledge, except as to those matters which are stated upon information and belief, and as to those matters, I believe them to be true.

///

*Ex Parte* App for Guardian ad Litem, to Proceed as Fictitious Plaintiffs, to Seal Plaintiff's Identity; [Proposed] Order

3

2. Plaintiff, Alexis R. ("Alexis"), is a real and specifically aggrieved plaintiff party-in-interest herein. Alexis is a minor of the age of 13 years.

3. Plaintiff, Jim R., is a real and specifically aggrieved plaintiff party-in-interest herein and is the father of Alexis.

4. Application for the appointment of plaintiff's mother, Patricia R., as the Guardian *ad Litem* of Alexis R., is submitted herein.

5. On information and belief, I declare that if plaintiffs were to proceed with this complaint under their true name and identity, a true risk of invasion of privacy might ensue for the reason that Alexis is, and will continue to be, a student attending classes in the charter school system managed, maintained and operated by defendant, High Tech Middle Media Arts School and its affiliates, and her status *quo* as such needs to be maintained.

6. Plaintiffs claims against the defendants for appeal of the denial of her right to a free appropriate public education in the least restrictive environment, and for attorney fees and costs, may give rise to invasion of plaintiffs' right to privacy should their true identity be publicly known. Likewise, the identity of Alexis' proposed guardian *ad litem* requires protection, as any disclosure of the identity of the parent will result in identity of Alexis.

On information and belief, I declare that the interests of justice will be served by allowing plaintiffs and the guardian *ad litem* to proceed with the action under fictitious names and to seal the identities of Alexis and her parents contained in exhibits attached to petitions, pleadings, motions and other documents filed during the pendency of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of May, 2007, at San Diego, California.

_____
Patricia Ann Lewis

///
///
///
///

# [Proposed] ORDER

After due consideration of the application for appointment of Guardian *ad Litem* and for plaintiffs and her guardian *ad litem* to proceed as fictitiously named herein, and for a seal to be placed on their true identity,

The Court finds that it is reasonable and necessary to appoint Guardian *ad Litem* for plaintiff, Alexis R.., as requested in the application herein, that Alexis R. her Guardian *ad Litem* and Patricia R. proceed in this action as fictitiously named, and that the records, files and documents in this case which identify the plaintiffs and the guardian *ad litem*, be sealed.

THEREFORE, IT IS HEREBY ORDERED

1. that Patricia R. be appointed the Guardian *ad Litem* of Alexis R.;

2. that plaintiff, Alexis R., and Jim R., as the real parties-in-interest, may proceed with the action under the fictitious names of "Alexis R., a minor, by her Guardian *ad Litem*, Patricia R. and Jim R." and

3. that all records, files and documents which disclose the true identity of plaintiffs and the guardian *ad litem* be sealed in this action, available only for inspection and review by counsel for the parties herein.

Dated: 5/25/2007

_____
Judge of the United States District Court

*Ex Parte* App for Guardian ad Litem, to Proceed as Fictitious Plaintiffs, to Seal Plaintiff's Identity; [Proposed] Order

5