# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS R., a minor, by her Guardian ad Litem, Patricia R., and JIM R.,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGH TECH MIDDLE MEDIA ARTS SCHOOL, a Local Educational Agency, and Does 1 through 50,<br><br>Defendants. | Case Number 07 CV 0830 BTM ( WMC)<br><br>[Proposed] ORDER ON STIPULATION TO STAY EXECUTION OF ADMINISTRATIVE DECISION |

After due consideration of the Stipulation of the parties by and through their counsel to stay execution of the administrative decision, the Court finds it is reasonable and necessary to issue a stay pending appeal in this case.

THEREFORE, IT IS ORDERED:

That there be a Stay of Execution of the Office of Administrative Hearing Decision in Consolidated OAH Case Numbers N2006090461 and N2006100331, pending the appeal filed herein.

DATED: June 19, 2007

*[signature]*

Hon. Barry Ted Moskowitz
United States District Judge