FILED
10 MAY 28 PM 3:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ALEXIS R., et al., | CASE NO. 07cv830-BTM (WMc) |
|---|---|
| Plaintiff, | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE MCCURINE AND FOR JURISDICTION OVER SETTLEMENT |
| vs. | |
| HIGH TECH HIGH SCHOOL, et al., | |
| Defendant. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge William McCurine, Jr. conduct any and all further proceedings in the case, including the order for the entry of judgment.

In addition, notwithstanding the dismissal, Judge McCurine shall have continuing jurisdiction to resolve any and all disputes pertaining to the settlement documents as well as enforcement of and compliance with the settlement agreement. Each party waives any right to appeal from or collaterally attack any ruling by Judge McCurine.

_____   _____
PATRICIA R., Plaintiff and Guardian ad Litem    PATRICIA LEWIS, Attorney for Plaintiff

_____   _____
ROBERT PARKER, Defendant's Representative    JACK CLARKE, Attorney for Defendant

IT IS SO ORDERED:

May 27, 2010

_____
HON. BARRY T. MOSKOWITZ, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

- 1 -

07cv830-BTM (WMc)